R# 290092

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   05-10955-BKC-AJC
VANISA M. HARRIS

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

```
U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA

MAR 28 2011

FILED_____RECEIVED_____
```

(XX)   The trustee has a balance of $      46.55   remaining in her bank
       account which represents unpresented checks drawn and mailed to
       debtor(s)/ creditor(s) in the above named case.  Your trustee
       has made a good faith effort to verify the correct mailing
       address for said debtor(s)/Creditor(s) and deliver the funds
       before presenting this notice.  More than sufficient time has
       passed for these checks to be presented for payment, or the
       creditor has returned funds indicating they refuse the funds.

( )    The trustee has a balance of $      .00      remaining in her bank
       account which represents small dividends as defined by FRBP
       3010.

       Attached and made a part of this notice is a list, pursuant
to FRBP 3011, of the names, Claim numbers and addresses
of the debtor(s)/creditor(s) and the amounts to which they are
entitled.

       WHEREFORE, your trustee hereby gives notice that the above
stated sum has been deposited with the Clerk of the U. S.
Bankruptcy Court, Southern District of Florida, to effect closing
of this estate.

Date:   3-25-11                          _____
                                         NANCY N. HERKERT
                                         CHAPTER 13 TRUSTEE

Copies to:

VANISA M. HARRIS
16801 NE 14 AVE
# 215
NORTH MIAMI BEACH, FL 33162

ANDREW BELLINSON, ESQ.
10800 BISCAYNE BLVD
SUITE 925
MIAMI, FL 33161

CAPITAL ONE BANK
PO BOX 85167
RICHMOND, VA 23285

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   05-10955-BKC-AJC
VANISA M. HARRIS


                              CHAPTER 13


VANISA M. HARRIS

16801 NE 14 AVE
# 215
NORTH MIAMI BEACH, FL 33162

ANDREW BELLINSON, ESQ.
10800 BISCAYNE BLVD
SUITE 925
MIAMI, FL 33161

CAPITAL ONE BANK            ---------$          46.55
PO BOX 85167
RICHMOND, VA 23285                    UNDELIVERABLE/STALE
                                      CLAIM REGISTER# 21-1

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130