R#290080

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:
VANISA M. HARRIS

CASE NO.    05-10955-BKC-AJC

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA

MAR 28 2011

FILED_____ RECEIVED_____

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 9.50 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 3-25-11

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

VANISA M. HARRIS
16801 NE 14 AVE
# 215
NORTH MIAMI BEACH, FL 33162

ANDREW BELLINSON, ESQ.
10800 BISCAYNE BLVD
SUITE 925
MIAMI, FL 33161

RJM ACQUISITIONS LLC ASSIGNEE
RETAILERS NAT'L BANK-TARGET
575 UNDERHILL BLVD STE 224
SYOSSET, NEW YORK 11791

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   05-10955-BKC-AJC
VANISA M. HARRIS

CHAPTER 13

VANISA M. HARRIS

16801 NE 14 AVE
# 215
NORTH MIAMI BEACH, FL 33162

ANDREW BELLINSON, ESQ.
10800 BISCAYNE BLVD
SUITE 925
MIAMI, FL 33161

RJM ACQUISITIONS LLC ASSIGNEE  ---------$           9.50
RETAILERS NAT'L BANK-TARGET
575 UNDERHILL BLVD STE 224                 UNDELIVERABLE/STALE
SYOSSET, NEW YORK 11791                    CLAIM REGISTER# 11-1

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130